IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 5:20-CV-168-DSC

JASON W. HAGGARD, as
Administrator of the Estate of
JUSTIN P. HAGGARD,

        Plaintiff,

v.

TODD R. ELLIS, LAW OFFICE OF
TODD ELLIS P.A., CHAD E.
POTEAT, and POTEAT LAW FIRM
LLC,

        Defendants.

## ORDER COMPELLING RESPONSE TO SUBPOENA TO CATAWBA VALLEY MEDICAL GROUP, INC.

**THIS CAUSE** came before the Court on Plaintiff's Motion for Order Compelling Response to Subpoena to Catawba Valley Medical Group Inc. d/b/a Catawba Valley Medical Center (hereafter "CVMC"). After consideration of the pleadings and for good cause shown, it is **ORDERED** that Plaintiff's Motion is **GRANTED**. CVMC is to provide responses to Plaintiff's Subpoena within five days of receipt of this Order.

        **SO ORDERED**.

Signed: October 25, 2021

David S. Cayer
United States Magistrate Judge